IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**SPENCER JENSSEN,**                    3:16-CV-01982-SB

    **Plaintiff,**                   ORDER

**v.**

**TOTAL QUALITY LOGISTICS, LLC,**
**an Ohio corporation doing**
**business in Oregon,**

    **Defendant.**

**BROWN, Judge.**

    Magistrate Judge Stacie F. Beckerman issued Findings and Recommendation (#30) on March 24, 2017, in which she recommends the Court deny Plaintiff's Motion (#6) to Remand to State Court, grant Defendant's Motion (#4) to Dismiss, and dismiss this matter. Plaintiff filed timely Objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

This Court has carefully considered Plaintiff's Objections and they do not provide a basis to modify the Findings and Recommendation. The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Beckerman's Findings and Recommendation (#30). The Court, therefore, **DENIES** Plaintiff's Motion (#6) to Remand to State Court, **GRANTS** Defendant's Motion (#4) to Dismiss and **DISMISSES** this matter.

IT IS SO ORDERED.

DATED this 4th day of May, 2017.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge